■ MERCEDES VILLAFANE et al., Appellants, v MACOMBS GROCERY SUPERETTE, CORP., Respondent. [3 NYS3d 584]—Appeal from order, Supreme Court, Bronx County (Julia I. Rodriguez, J.), entered April 14, 2014, which granted defendant's motion to vacate a judgment and bill of costs, dated November 12, 2013, unanimously dismissed, without costs, as moot.

The issue on appeal, defendant's responsibility for interests,

costs, and disbursements, pursuant to CPLR 5003-a, has been rendered moot by the offer of defendant's insurer to pay the disputed amount, and the case is not of the type that would warrant an invocation of the exception to the mootness doctrine (*see generally Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714 [1980]). Concur—Mazzarelli, J.P., DeGrasse, Richter and Feinman, JJ.